# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2161 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 41 DB 2015 |
| v. | : | |
| | : | Attorney Registration No. 23343 |
| CHARLES R. PEDRI, | : | |
| Respondent | : | (Luzerne County) |

## O R D E R

**PER CURIAM**

**AND NOW**, this 14th day of May, 2015, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board dated April 21, 2015, the Joint Petition in Support of Discipline on Consent is hereby granted pursuant to Pa.R.D.E. 215(g), and it is

ORDERED that Charles R. Pedri is suspended on consent from the Bar of this Commonwealth for a period of five years, and he shall comply with all the provisions of Pa.R.D.E. 217.